IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III,<br><br>Plaintiff,<br><br>v.<br><br>CDCR CTF - Central Soledad State Prison, et al.,<br><br>Defendants. | No. C 10-4773 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/17/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Wilkerson773jud.wpd